# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MARK CONBOY and MISTI CONBOY, Individually and as Next Friends to C.C., a minor child, as well as Representatives of the Estate of A.C., a deceased minor<br><br>v.<br><br>GENERAL MOTORS, LLC | § § § § § § § § § § Civil Action No. 4:16-CV-760<br>(Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORTS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 7, 2017, the reports of the Magistrate Judge (Dkts. #31, #32) were entered containing proposed findings of fact and recommendations that the Parties' settlement be approved, that the Application to Establish the C.C. Trust, and unopposed Application for Payment of Fees and Expenses of Guardian Ad Litem be granted, and that a Decree be entered creating the C.C. Trust.

Having received the reports of the Magistrate Judge, and any objection thereto having been waived, and having further considered the Application to Establish the C.C. Trust and Application for Payment of Fees and Expenses of Guardian Ad Litem, as well as the evidence entered into the record at the hearing on November 28, 2017, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and hereby adopts the Magistrate Judge's reports as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that settlement is approved and the Application to Establish the C.C. Trust (Dkt. #27) is **GRANTED**. The Court by separate Decree establishes the C.C. Trust.

It is further **ORDERED** that the Application for Payment of Fees and Expenses of Guardian Ad Litem (Dkt. #29) is **GRANTED**. The Court finds the Guardian Ad Litem should be paid $6,242.50 in attorney's fees, to be taxed as costs against Defendant General Motors, LLC.

**IT IS SO ORDERED**.
**SIGNED this 19th day of December, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE